IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          Case No.:14-09324-BKT

IS WORLD DISTRIBUTORS PR, INC.        Chapter 7

        Debtor.
_____/

**NOTICE OF INTENT TO SELL PROPERTY
AT PUBLIC SALE**

        NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of debtor's estate as described below:

        Lot 1: Office equipment.

        Pictures taken by the Trustee are attached as **Exhibit "A".**

The value of the office equipment per Debtor is $1,000.00.

The minimum bid accepted by the Trustee for the office equipment will be $500.00.

**A public auction date has been scheduled for Friday, April 24, 2015, at 2:30 PM, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of office equipment will be at a time and date to be determined by the Trustee. Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in money order or certified check, on adjudication at the auction.

2. The minimum amount to be considered as a bonafide offer for the **office equipment** comprised in this sale for will be $500.00.  Increments will be in the 100.00.

3. Unless a party in interest files a written objection, with a copy thereof served to the trustee within TWENTY ONE**(21) D**AYS from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

4. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

5. All sales are made "as is" and "where is" without warranty of any kind.  All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee.  The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis.  **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

6. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

7. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

8. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion.  The Trustee may sell the property individually or in lots as described in the notice.

10.  The buyer in the sale will have 5 days to remove the office equipment from Debtors premises and will return the same in clean condition.  Any damage to the premises will have to be repaired by the buyer prior to leaving the premises.

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **TWENTY ONE (21) D**AYS from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY ONE(21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT** copy of this notice has been served by ECF Electronic Mail to: Luis Flores Gonzalez, at 80 Calle Georgetti Suite 202, San Juan, Puerto Rico 00925-3624, and United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 1st day of April, 2015.

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
Fax (787) 946-0133
noreen@nwr-law.com







```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO              BPPR AS SERVICING AGENT OF ORIENTAL BANK
0104-3                                   C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF  PO BOX 11750
Case 14-09324-BKT7                       BANCO POPULAR CENTER, SUITE 1022          FERNANDEZ JUNCOS STATION
District of Puerto Rico                  209 MUNOZ RIVERA AVE.                     SAN JUAN, PR 00910-2850
Old San Juan                             SAN JUAN, PR 00918-1000
Wed Apr  1 13:10:24 AST 2015

IS WORLD DISTRIBUTORS PR., INC.          NESTLE CARIBBEAN, INC                     US Bankruptcy Court District of P.R.
PO BOX 364149                            C/O REBECA CAQUIAS MEJIAS FIDDLER, GONZA  Jose V Toledo Fed Bldg & US Courthouse
SAN JUAN, PR 00936-4149                  PO BOX 363507                             300 Recinto Sur Street, Room 109
                                         SAN JUAN, PR 00936-3507                   San Juan, PR 00901-1964


 Department of Treasury                  ABBOTT LABORATORIES PR. INC.              BPPR AS SERVICING AGENT OF ORIENTAL BANK
 Bankruptcy Section (424)                C/O LCDO. MIGUEL A. MAZA                  PO BOX 362708
P.O. Box 9024140                         PO BOX 364028                             SAN JUAN, PR 00936-2708
San Juan PR 00902-4140                   SAN JUAN, PR  00936-4028


CRIM                                     DEPARTAMENTO DE HACIENDA                  INTERNAL REVENUE SERVICES
OFFICE LEGAL COUNSEL                     BANKRUPTCY DIVISION                       CITY VIEW PLAZA
PO BOX 195387                            PO BOX 9022501                            48 CARR #165, SUITE #2000
SAN JUAN, PR  00919-5387                 SAN JUAN, PR  00902-2501                  GUAYNABO, PR  00968-8000


MERCEDES-BENZ FINANCIAL SERVICES         MUNICIPIO DE GUAYNABO                     NESTLE CARIBBEAN,INC.
C/O DAIMIER TRUST                        DEPARTAMENTO DE FINANZAS                  C/O FIDLER,GONZALEZ & RODRIGUEZ
PO BOX 685                               PO BOX 79549                              PO BOX 363507
ROANOKE, TX  76262-0685                  CAROLINA, PR 00984-9549                   SAN JUAN, PR  00936-3507


Nestl Caribbean, Inc.                    ORIENTAL BANK                             ORIENTAL BANK
P.O. Box 172, Port of Spain              C/O ORIENTAL LEASING                      PO BOX 364745
Churchill-Roosevelt Highway, Valsayn     PO BOX 195115                             SAN JUAN, PR  00936-4745
Trinidad & Tobago.WI                     SAN JUAN, PR  00919-5115


TAMA PROP INC                            TAMA PROP. INC.                           US TRUSTEE PAYMENT CENTER
PO BOX 11998                             PO BOX 11998                              PO BOX 530202
CAPARRA HEIGHTS STATION                  SAN JUAN, PR 00922-1998                   ATLANTA, GA  30353-0202
SAN JUAN, PR 00922-1998


WRIGLY'S PUERTO RICO                     LUIS A OLIVER                             LUIS D FLORES GONZALEZ
300 AVE. FELISA RINCON GAUTIER           Fidller, Gonzalez & Rodriguez             LUIS D FLORES GONZALEZ LAW OFFICE
SUITE 44 LAS VISTAS SHOPPING CENTER      PO BOX 363507                             80 CALLE GEORGETTI SUITE 202
SAN JUAN, PR  00926-5970                 San Juan, PR 00936-3507                   SAN JUAN, PR 00925-3624


MONSITA LECAROZ ARRIBAS                  NOREEN WISCOVITCH RENTAS                  End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           PMB 136                                   Mailable recipients    25
OCHOA BUILDING                           400 CALAF STREET                          Bypassed recipients     0
500 TANCA STREET  SUITE 301              SAN JUAN, PR 00918-1314                   Total                  25
SAN JUAN, PR 00901
```